Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−20639−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Khesha Kelly
   aka Khesha Alsbrook Kelly
   12 New Street
   Middlesex, NJ 08846−1431

Social Security No.:
   xxx−xx−9720

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/24/24
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 29, 2023
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Khesha Kelly  
      Debtor

Case No. 23-20639-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Nov 29, 2023     Form ID: 132     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Khesha Kelly, 12 New Street, Middlesex, NJ 08846-1431 |
| 520082023 | | Medemerge Medical Associates, P.O. Box 890, Dunellen, NJ 08812-0890 |
| 520082024 | + | Midhanover, LLC, c/o Jill l. Gropper, Esq., 5 Mountain Blvd Suite 13, Warren, NJ 07059-2625 |
| 520082028 | | Tempoe LLC, 7755 Montgomery Rd Ste 400, Cincinnati, OH 45236-4197 |
| 520082030 | | Valero, 1 Valero Way, San Antonio, TX 78249-1616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2023 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2023 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520082018 | + | Email/Text: bankruptcy@sccompanies.com | Nov 29 2023 21:10:00 | Ashro, P.O. Box 2826, Monroe, WI 53566-8026 |
| 520082019 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 21:26:45 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520096179 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 29 2023 21:08:00 | Carrington Mortgage Servicer, POB 54285, Irvine, CA 92619-4285 |
| 520082020 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 21:09:00 | Comenity Bank/Overstock, P.O. Box 659707, San Antonio, TX 78265-0707 |
| 520082021 | | Email/Text: bankruptcy@sccompanies.com | Nov 29 2023 21:10:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520082022 | | Email/Text: bankruptcies@lead.bank | Nov 29 2023 21:08:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108-2352 |
| 520082025 | | Email/Text: bankruptcy@sccompanies.com | Nov 29 2023 21:10:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520082026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 21:26:22 | Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 520082027 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 21:26:45 | Synchrony Bank/Zully, Att'n: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520086195 | + | Email/Text: famc-bk@1stassociates.com | Nov 29 2023 21:09:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 520082029 | | Email/Text: bknotice@upgrade.com | Nov 29 2023 21:08:00 | Upgrade, Inc., 2 N. Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 13

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: 132 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

**Name** — **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Frederick J. Simon
on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4