Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−20639−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Khesha Kelly
   aka Khesha Alsbrook Kelly
   12 New Street
   Middlesex, NJ 08846−1431

Social Security No.:
   xxx−xx−9720

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 1, 2024.

Dated: March 1, 2024
JAN: km

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Khesha Kelly  
  Debtor

Case No. 23-20639-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Khesha Kelly, 12 New Street, Middlesex, NJ 08846-1431 |
| 520117487 | + | Jill L. Gropper, 5 Mountain Blvd, suite 13, Warren, NJ 07059-2625 |
| 520082023 | | Medemerge Medical Associates, P.O. Box 890, Dunellen, NJ 08812-0890 |
| 520117488 | + | Midhanover, LLC, c/o Jill L Gropper, Esq., 5 MOUNTAIN BLVE #13, WARREN, NJ 07059-2625 |
| 520082024 | + | Midhanover, LLC, c/o Jill l. Gropper, Esq., 5 Mountain Blvd Suite 13, Warren, NJ 07059-2625 |
| 520082028 | | Tempoe LLC, 7755 Montgomery Rd Ste 400, Cincinnati, OH 45236-4197 |
| 520082030 | | Valero, 1 Valero Way, San Antonio, TX 78249-1616 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520082018 | + | Email/Text: bankruptcy@sccompanies.com | Mar 01 2024 21:41:00 | Ashro, P.O. Box 2826, Monroe, WI 53566-8026 |
| 520103299 | + | Email/Text: bankruptcy@sccompanies.com | Mar 01 2024 21:41:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520122362 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 01 2024 21:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 520082019 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:49 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520096179 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 01 2024 21:37:00 | Carrington Mortgage Servicer, POB 54285, Irvine, CA 92619-4285 |
| 520082020 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2024 21:40:00 | Comenity Bank/Overstock, P.O. Box 659707, San Antonio, TX 78265-0707 |
| 520082021 | | Email/Text: bankruptcy@sccompanies.com | Mar 01 2024 21:41:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520133652 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520082022 | | Email/Text: bankruptcies@lead.bank | Mar 01 2024 21:37:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108-2352 |
| 520113267 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 21:48:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520136258 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 21:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520082025 | | Email/Text: bankruptcy@sccompanies.com | Mar 01 2024 21:41:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |

Case 23-20639-MBK    Doc 27    Filed 03/03/24    Entered 03/04/24 00:20:00    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 26 |

| 520103302 | + Email/Text: bankruptcy@sccompanies.com | | |
|---|---|---|---|
| | | Mar 01 2024 21:41:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520082026 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 01 2024 22:05:22 | Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 520082027 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 01 2024 22:16:49 | Synchrony Bank/Zully, Att'n: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520086195 | + Email/Text: famc-bk@1stassociates.com | | |
| | | Mar 01 2024 21:40:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 520082029 | Email/Text: bknotice@upgrade.com | | |
| | | Mar 01 2024 21:37:00 | Upgrade, Inc., 2 N. Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520103301 | *+ | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4