Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−20639−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Khesha Kelly
  aka Khesha Alsbrook Kelly
  12 New Street
  Middlesex, NJ 08846−1431

Social Security No.:
  xxx−xx−9720

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 11, 2024
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-20639-MBK |
| Khesha Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Khesha Kelly, 12 New Street, Middlesex, NJ 08846-1431 |
| 520117487 | + | Jill L. Gropper, 5 Mountain Blvd, suite 13, Warren, NJ 07059-2625 |
| 520082023 | | Medemerge Medical Associates, P.O. Box 890, Dunellen, NJ 08812-0890 |
| 520117488 | + | Midhanover, LLC, c/o Jill L Gropper, Esq., 5 MOUNTAIN BLVE #13, WARREN, NJ 07059-2625 |
| 520082024 | + | Midhanover, LLC, c/o Jill l. Gropper, Esq., 5 Mountain Blvd Suite 13, Warren, NJ 07059-2625 |
| 520082030 | | Valero, 1 Valero Way, San Antonio, TX 78249-1616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 11 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520082018 | + | EDI: CBS7AVE | Jul 12 2024 00:35:00 | Ashro, P.O. Box 2826, Monroe, WI 53566-8026 |
| 520103299 | + | EDI: CBS7AVE | Jul 12 2024 00:35:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520122362 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 11 2024 20:51:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 520082019 | | EDI: CAPITALONE.COM | Jul 12 2024 00:35:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520096179 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 11 2024 20:51:00 | Carrington Mortgage Servicer, POB 54285, Irvine, CA 92619-4285 |
| 520082020 | | EDI: WFNNB.COM | Jul 12 2024 00:35:00 | Comenity Bank/Overstock, P.O. Box 659707, San Antonio, TX 78265-0707 |
| 520082021 | | EDI: CBS7AVE | Jul 12 2024 00:35:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520133652 | | EDI: JEFFERSONCAP.COM | Jul 12 2024 00:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520082022 | | Email/Text: bankruptcies@lead.bank | Jul 11 2024 20:51:00 | Lead Bank, 1801 Main Street, Kansas City, MO 64108-2352 |
| 520113267 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 20:55:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520136258 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520082025 | | EDI: CBS7AVE | Jul 12 2024 00:35:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI |

Case 23-20639-MBK    Doc 34    Filed 07/13/24    Entered 07/14/24 00:16:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 148 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 520103302 | + EDI: CBS7AVE | Jul 12 2024 00:35:00 | 53566-1364<br>Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520082026 | + EDI: SYNC | Jul 12 2024 00:35:00 | Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 520082027 | EDI: SYNC | Jul 12 2024 00:35:00 | Synchrony Bank/Zully, Att'n: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520082028 | ^ MEBN | Jul 11 2024 20:49:20 | Tempoe LLC, 7755 Montgomery Rd Ste 400, Cincinnati, OH 45236-4197 |
| 520086195 | + EDI: TCISOLUTIONS.COM | Jul 12 2024 00:35:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 520082029 | Email/Text: bknotice@upgrade.com | Jul 11 2024 20:51:00 | Upgrade, Inc., 2 N. Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520103301 | *+ | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5